## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Steven M. Gold    **DATE :** 6/17/09

DOCKET NUMBER: 09CR395(FB)    LOG #: 3:26 - 3:32

DEFENDANT'S NAME : **Kiond Jones**
✓ Present    __ Not Present    ✓ Custody    __ Bail

DEFENSE COUNSEL : **James Roth** ✓
__ Federal Defender    ✓ CJA    __ Retained

A.U.S.A: **Seth Ducharme**    DEPUTY CLERK : **SM Yuen**

INTERPRETER : _____ (Language) _____

____ Hearing held.    ____ Hearing adjourned to ____

____ Defendant was released on ____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by ____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.    Code Type ____    Start ____    Stop ____

✓ Order of Speedy Trial entered.    Code Type ____    Start 6/17    Stop 9/10/09

✓ Defendant's first appearance.    ✓ Defendant arraigned on the indictment.

✓ Attorney Appointment of ____ FEDERAL DEFENDER    ✓ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 9/11/09 @ 11am    before Judge Block.

OTHERS : ____