

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAJ:SDD:ts
F.#2009R01125

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

September 11, 2009

**Via Hand and ECF**

| | |
|---|---|
| James Michael Roth, Esq. | Mitchell J. Dinnerstein, Esq |
| Hurwitz Stampur & Roth | 350 Broadway, Suite 700 |
| 299 Broadway, Suite 800 | New York, NY 10013 |
| New York, NY 10007 | *for Anthony Praddy* |
| *for Kiond Jones* | |

Ephraim Savitt, Esq.
111 Broadway, Suite 701
New York, NY 10006
    *for Torell Whyte*

             Re:  United States v. Kiond Jones, et al.
                  Criminal Docket No. 09-395 (FB)

Dear Sirs:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter additional discovery in the above-referenced matter.  This letter supplements the government disclosure of July 10, 2009.  Please also consider this letter to be the government's request for reciprocal discovery.

1.   **Statements of the Defendant**

    Enclosed please find a copy of a statement Torell Whyte made to agents of Immigration and Customs Enforcement after being arrested and waiving his <u>Miranda</u> rights, Bates-numbered 119 to 124.

    Also enclosed is a chart indicating where on the recordings, which were previously produced, certain drug-related activity occurs, Bates-numbered 125 to 127.

2.   **Reports of Examinations and Tests**

    Enclosed please find a copy of DEA Lab Report number 197654, which pertains to drugs that were seized by agents on

December 3, 2008 in connection with the charged drug offenses, Bates-numbered 128 and 132.

## 3. Search Warrants

Enclosed please find a copy of the Search Warrant and Affidavit in Support of Application for Search Warrant for the Samsung cellular telephone with telephone number (347) 451-7866, seized from Anthony Praddy on June 17, 2009, Bates-numbered 133 and 140.

If you have any questions, please do not hesitate to contact me. The government will supplement this letter as appropriate.

                                      Very truly yours,

                                      BENTON J. CAMPBELL
                                      United States Attorney

                By:            /s/
                                      Seth D. DuCharme
                                      Assistant United States Attorney
                                      (718) 254-6021

Enclosures

CC: Clerk of Court (FB) (w/o enclosures)