

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

SDD
F.#2009R01125

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 30, 2009

**Via Hand and ECF**

James Michael Roth, Esq.          Mitchell J. Dinnerstein, Esq
Hurwitz Stampur & Roth            350 Broadway, Suite 700
299 Broadway, Suite 800           New York, NY 10013
New York, NY 10007                    *for Anthony Praddy*
   *for Kiond Jones*

Michael P. Kushner
350 Fifth Avenue
Suite 4810
New York, NY 10118
   *for Torell Whyte*

             Re:  United States v. Kiond Jones, et al.
                  Criminal Docket No. 09-395 (FB)

Dear Sirs:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter additional discovery in the above-referenced matter.  This letter supplements the government disclosures of July 10 and September 11, 2009.  Please also consider this letter to be the government's request for reciprocal discovery.

        **Search Warrants**

        Enclosed please find a copy of a supplemental Search Warrant and Affidavit in Support of Application for Search Warrant for the Samsung cellular telephone with telephone number (347) 451-7866, seized from Anthony Praddy on June 17, 2009, Bates-numbered 141 to 154.

        The government is not yet in receipt of the completed results of the search of the cellular telephone, but will provide them to defense counsel promptly upon receipt.

If you have any questions, please do not hesitate to contact me. The government will supplement this letter as appropriate.

                                Very truly yours,

                                BENTON J. CAMPBELL
                                United States Attorney

            By:               /s/
                                Seth D. DuCharme
                                Assistant United States Attorney
                                (718) 254-6021

Enclosures

CC: Clerk of Court (FB) (w/o enclosures)