

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMB:AEG
F.#2009R01125

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 18, 2010

**By ECF and Electronic Mail**

David S. Smith, Esq.            Mitchell J. Dinnerstein, Esq.
Law Offices of David Smith      350 Broadway
626 RXR Plaza                   Suite 700
Uniondale, New York 11556       New York, New York 10013

      Re: United States v. Kiond Jones et al.
           Criminal Docket No. 09-395 (S-1)(FB)

Dear Counsel:

    Enclosed please find proposed stipulations concerning the defendants' state court plea allocutions discussed at yesterday's status conference. The government would agree to use these stipulations at trial in lieu of transcripts of the defendants' pleas and to refrain from introducing or referring in the presence of the jury to the fact that the defendants were convicted. Regardless of whether the transcripts or stipulations are used, the government intends to call as witnesses the officers who arrested the defendants, as noted at the status conference.

                            Very truly yours,

                            LORETTA E. LYNCH
                        UNITED STATES ATTORNEY

            By:       /s/
                    Seth D. DuCharme
                    Andrew E. Goldsmith
                    Assistant U.S. Attorneys
                    (718) 254-6021/6498

Enclosures

cc: Clerk of the Court (FB) (by ECF)